IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOYCE MURRELL,

    Plaintiff,

    vs.                          CIV S-09-234 MCE KJM PS

WALTER THEILER, et al.,

    Defendants.             <u>ORDER</u>

                            /

Plaintiff is proceeding in this action pro se.[1] The federal venue statute requires that a civil action, other than one based on diversity jurisdiction,[2] be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a

/////

---

[1] Plaintiff has filed an amended application to proceed in forma pauperis. Inasmuch as this case will be transferred to another district, this court will not rule on the amended application.

[2] Although plaintiff alleges diversity jurisdiction, two of the named defendants, Michael and Mary Lou Mankowski, are residents of California. Since plaintiff alleges she is also a resident of California, diversity jurisdiction cannot lie.

1

judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

Although the complaint is not a model of clarity, it appears that a substantial part of the events giving rise to the instant action occurred in Santa Barbara, California. Therefore, plaintiff's claim should have been filed in the United States District Court for the Central District of California. In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district. See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Central District of California.

DATED: April 30, 2009.

_____
U.S. MAGISTRATE JUDGE

006
murrell.tra